UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 0 2013

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | CRIMINAL NO.: **13CR164** |
|---|---|---|
| v. | § | |
| MAX ANTHONY CRUZ, | § | |
| Defendant | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about May 10, 2012, in the Houston Division of the Southern District of Texas, the defendant,

MAX ANTHONY CRUZ,

having been convicted previously of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a H&R model 733 .32 caliber handgun, a Ruger Super Blackhawk .44 magnum handgun, and a FN Herstal Belgium 5.7X28 handgun, which firearms had been shipped in interstate commerce.

In violation of Title 18, United States Code, § 922(g)(1).

1

Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, §§ 924(d)(1), and Title 28, United States Code, § 2461(c), the United States of America hereby gives notice that all firearms and ammunition involved in, or used in the commission of the offense in violation of Title 18, United States Code, § 922(g)(1) charged in Count Three are subject to forfeiture, including, but not limited to, a H&R model 733 .32 caliber handgun, a Ruger Super Blackhawk .44 magnum handgun, and a FN Herstal Belgium 5.7X28 handgun.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: _____
RICHARD D. HANES
Assistant United States Attorney